IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JONATHAN REED and ARMESTO EYE ASSOCIATES, LLC.** | : | **CIVIL ACTION NO. 1:11-CV-1041** |
| **Plaintiffs** | : | **(Chief Judge Kane)** |
| | : | **(Magistrate Judge Blewitt)** |
| **v.** | : | |
| | : | |
| **AETNA HEALTH, INC.** | : | |
| | : | |
| **Defendant** | : | |

# O R D E R

Before the Court in the above-captioned action is a July 22, 2011 report of the Magistrate Judge.   No timely objections have been filed.

**AND NOW**, upon review of the record and the applicable law,  **IT IS HEREBY ORDERED THAT:**

1) The Court adopts the report and recommendation of Magistrate Judge Blewitt.

2) Plaintiff, Jonathan Reed is **DISMISSED** under Fed.R.Civ.P.41(a)(2).

3) The case is **REMANDED** to Magistrate Judge Blewitt.

*S/ Yvette Kane*
YVETTE KANE, Chief Judge
United States District Court
Middle District of Pennsylvania

Dated: August 9, 2011